1  SCOTT N. SCHOOLS (SCBN 9990)
   Interim United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  JULIE A. ARBUCKLE (CSBN 193425)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7102
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,      )   CR No. 07-0096 PJH
                                  )
15        Plaintiff,              )   STIPULATION AND [PROPOSED] ORDER
                                  )   EXCLUDING TIME
16     v.                         )
                                  )
17 MARCOS ALVAREZ-IBARRA,         )
                                  )
18        Defendant.              )
                                  )
19 _____

20  _____

21     On February 28, 2007, the parties in this case appeared before the Court and stipulated that

22 time should be excluded from the Speedy Trial Act calculations from February 28, 2007 to

23 March 21, 2007 for effective preparation and continuity of counsel, in that the government's

24 counsel will be in trial during the period from March 5, 2007 to March 19, 2007, and defense

25 counsel required adequate time to obtain and review information relevant to whether there will

26 be a change of plea in this case.  Additionally, The parties represented that granting the

27 continuance was the reasonable time necessary for effective preparation of counsel, taking into

28 account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also

agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                        SCOTT N. SCHOOLS
                                        United States Attorney

DATED: February 28, 2007          /s/
                                        JULIE A. ARBUCKLE
                                        Assistant United States Attorney

DATED: February 28, 2007          /s/
                                        JOSH COHEN
                                        Attorney for Defendant Jose Medina-Gonzales

    As the Court found on February 28, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from February 28, 2007 to March 21, 2007 for effective preparation and continuity of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: March 6, 2007                            _____
                                        Maria-Elena James
                                        United States Magistrate Judge