SCOTT N. SCHOOLS (SCBN 9990)
Interim United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

JULIE A. ARBUCKLE (CSBN 193425)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7102
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07-0096 PJH |
|     Plaintiff, | STIPULATION AND [~~PROPOSE~~D] ORDER EXCLUDING TIME |
| v. | |
| MARCOS ALVAREZ-IBARRA, | |
|     Defendant. | |

On March 21, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from March 21, 2007 to April 4, 2007 for effective preparation and continuity of counsel, in that both parties' counsel required adequate time to obtain and review information relevant to whether there will be a motion to dismiss the indictment or a change of plea in this case. Additionally, the parties represented that granting the continuance was the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best

interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                            SCOTT N. SCHOOLS
                                            United States Attorney

DATED: March 22, 2007                     _____/s/_____
                                            JULIE A. ARBUCKLE
                                            Assistant United States Attorney

DATED: March 26, 2007                     _____/s/_____
                                            JOSH COHEN
                                            Attorney for Defendant Marcos Alvarez-Ibarra

    As the Court found on March 21, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from March 21, 2007 to April 4, 2007 for effective preparation of counsel.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 3/28/07                                  _____
                                            Phyllis J. Hamilton
                                            United States District Judge